**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MAUREEN PIEKANSKI<br><br>*Plaintiff,*<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>*Defendant.* | Civil Action No. 20-687-RDM |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO FILE BRIEF IN SUPPORT OF CROSS-MOTION
FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Alex M. Azar II, on behalf of the United States Department of Health and Human Services, seeks a seven (7) day enlargement of time to file a Brief in Support of his Cross-Motion for Summary Judgment and in opposition to Plaintiff's Motion for Summary Judgment.

In light of the upcoming holiday, this enlargement will allow agency counsel to complete the process of his designation as a Special Assistant U.S. Attorney with

1

ECF filing credentials in the United States District Court for the Middle District of Pennsylvania.

Plaintiff's counsel concurs in the requested extension.

WHEREFORE, the Defendant requests a seven (7) day enlargement of time to July 13, 2020, to file its Brief in Support of their Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

DAVID J. FREED
United States Attorney

s/ Navin Jani
NAVIN JANI
Assistant United States Attorney
CA 298118
228 Walnut Street, Suite 220
Harrisburg, PA 17108
Phone:   (717) 221-4482
Facsimile:   (717) 221-2246
navin.jani@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAUREEN PIEKANSKI<br><br>*Plaintiff,*<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>*Defendant*. | Civil Action No. 20-687-RDM |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on **July 1, 2020**, she caused to be served a copy of the attached

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

via the Court's Electronic Case Filing System ("ECF") and that the Addressee listed below is a filing user under the ECF system.

Addressee:

Mark W. Fidanza, Esquire
REED SMITH LLP
mfidanza@reedsmith.com

s/ Cindy J. Long
CINDY J. LONG
Legal Assistant
