IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAUREEN PIEKANSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:20-CV-00687 |
| ) | |
| ALEX M. AZAR, II, ) | (Hon. Martin C. Carlson, U.S.M.J.) |
| ) | |
| Defendant. ) | |

## NOTICE

**PLEASE TAKE NOTICE** that, Plaintiff Maureen Piekanski's Motion for Summary Judgment together with a brief in support thereof and all accompanying papers (Dkt. No. 28, "Motion") was filed in this matter on June 12, 2020. Pursuant to Middle District of Pennsylvania LR 7.6, Defendant Alex M. Azar, II's "brief in opposition [to the Motion] and LR 56.1 responsive statement, together with any transcripts, affidavits or other relevant documentation" was required to be filed within twenty-one (21) days of the Motion.

**PLEASE TAKE FURTHER NOTICE** that, by Order of Court, entered July 2, 2020 (Dkt. No. 30), Defendant was granted an enlargement of time to file a "Memorandum in Support of its Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment," until July 13, 2020.

**PLEASE TAKE FURTHER NOTICE** that, on July 10, 2020, Defendant filed a Motion to Stay Proceedings (Dkt. No. 32), and that as of the date of filing this Notice, said Motion to Stay Proceedings remains pending before the Court. Defendant has made no effort to obtain a ruling on its Motion to Stay Proceedings, but instead has engaged in the self-help remedy of assuming its requested relief has been granted.

**PLEASE TAKE FURTHER NOTICE** that, as of the date of filing of this Notice, Defendant has not filed any opposition to the Motion[1] or obtained a stay of these proceedings, and therefore, Plaintiff contends that, pursuant to Middle District of Pennsylvania LR 7.6, Defendant "shall be deemed not to oppose such [M]otion."

| | |
|---|---|
| Dated: August 7, 2020 | Respectfully submitted, |
| | /s/ *Mark W. Fidanza* <br> Mark W. Fidanza, Esq. <br> **REED SMITH LLP** <br> Three Logan Square <br> 1717 Arch Street, Suite 3100 <br> Philadelphia, PA 19103-7301 <br> Telephone: 215-851-8100 <br> Facsimile: 215-851-1420 <br> mfidanza@reedsmith.com |
| | *Attorneys for Plaintiff Maureen Piekanski* |

---

[1] Nor has Defendant filed a "Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment," which it previously indicated to the Court that it would be filing. (*See* Dkt. No. 29.)