# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAUREEN PIEKANSKI,** | : | **CIVIL NO. 3:20-CV-687** |
| | : | |
| **Plaintiff,** | : | |
| | : | **(Judge Mariani)** |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **ALEX M. AZAR, II,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

AND NOW this 10th day of August, 2020, with respect to the plaintiff's pending motion for summary judgment, considering all of the pending motions and the recent notices filed by counsel, (Docs. 43 and 44), and further finding the briefing of all motions is appropriate, IT IS ORDERED that the defendants shall file a response to this motion within 21 days, on or before **August 31, 2020**.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge