# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAUREEN PIEKANSKI,** | : | **CIVIL NO. 3:20-CV-687** |
| | : | |
| **Plaintiff,** | : | |
| | : | **(Judge Mariani)** |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **ALEX M. AZAR, II,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

AND NOW this 9th day of September, 2020, with respect to the defendant's motion for a protective order, (Doc. 51), IT IS ORDERED that discovery shall be stayed pending resolution of the outstanding dispositive motions in this case, (Docs. 28, 34, 49), but IT IS FURTHER ORDERED that the defendant's motion to stay this case in its entirety pending a ruling upon the defendant's motion to dismiss, (Doc. 32), is DENIED. The parties will fully brief, and court will address and resolve all pending and potentially dispositive motions on the  record presently before us.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge